# Exhibit 2

| US10887364 | Business Insider ("The accused instrumentality") |
|---|---|
| 20. A system of a broadcaster streaming media content on the Internet comprising: | The accused instrumentality discloses utilizing a system (e.g., a backend system of a content provider, etc.) of a broadcaster (e.g., a content provider) streaming media content (e.g., video news, podcasts, etc.) on the Internet.<br><br>As shown below, the accused instrumentality receives media from content provider facilities and streams it to viewers over the internet via its website and apps. It allows viewers to watch news, podcasts, streaming content, etc.<br><br><br><br>https://www.businessinsider.com/ |



# BUSINESS INSIDER

↗ Subscribe

Updated Aug 13, 2025, 8:55 PM GMT+5:30

↱ Share    🔖 Save

Business Insider is a leading global news brand renowned for its coverage of business, technology, and innovation, helping millions of readers get more out of their careers and lives through award-winning journalism.

https://www.businessinsider.com/about-us

# BUSINESS INSIDER

↗ Subscribe

Nov 3, 2025, 8:13 PM GMT+5:30                    ↱ Share    🔖 Save

Today, Business Insider debuts Well Spent, a video podcast on the business, technology, and culture of consumerism. The vodcast is hosted by Business Insider senior correspondent Katie Notopoulos, who is known for her curiosity and deep expertise in tech, internet culture, and economics. In each episode, Notopoulos will explore complicated questions about something everyone loves talking about: buying stuff — what we buy, how we pay, and why we want it.

https://www.businessinsider.com/business-insider-launches-video-podcast-well-spent-2025-11



https://www.businessinsider.com/video



https://www.businessinsider.com/video

**Big Business**

An inside look at how companies solve logistical challenges at spectacular scale.



▶ PLAY

**Inside the overnight scramble to prep an NFL stadium**



▶ PLAY

**Inside the fortune cookie factory supplying thousands of American Chinese restaurants**



▶ PLAY

**Inside the Dubai chocolate boom and the factories racing to keep up**

a media content

https://www.businessinsider.com/video



https://www.businessinsider.com/how-conversion-therapy-actually-works-2026-2



*Source: Fiddler Capture*

```
{var
t,n,r=(t=e.keyName,n=[{initDataTypes:["cenc"],videoCapabilities:[{contentType:'video/mp4;codecs="avc1.4d401e"'}],audioCapabilities:[{contentType:'audio/mp4;codecs="mp
4a.40.2"'}]}],navigator.requestMediaKeySystemAccess?navigator.requestMediaKeySystemAccess(t,n):new Promise(function(e,n){var r;try{r=new window.MSMediaKeys(t)}
catch(e){n(e);return}e(r)})).then(function(){a[e.configName]=!0}).catch(function(){a[e.configName]=!1});o.push(r)}),r=Promise.all(o)):Promise.resolve()},l=function(e){return
a[e]},f=function(e){if(r)return Object.keys(e).some(function(e){return l(e)})}},132(e,t,n){"use strict";n.d(t,{X:()=>u});var r=n(9055),u=function(e)
{return"hls"===e.type&&r.OS.android?!1!==e.androidhls&&!r.Browser.firefox&&parseFloat(r.OS.version.version||"0")>=4.4:null}},4066(e,t,n){"use strict";n.d(t,{m:()=>r});var
r={}},8888(e,t,n){"use strict";n.d(t,{A:()=>a});var r=n(4066),u=n(9063),i=n(3967),o=n(9555);function a(e){var t=e.getName().name;if(!r.m[t]){if(!(0,o.I6)(u.M,(0,o.cK)({name:t})))
{if(!(0,o.Tn)(e.supports))throw Error("Tried to register a provider with an invalid object");u.M.unshift({name:t,supports:e.supports})}(0,o.NT)(e.prototype,i.A),r.m[t]=e}}
n(5001)},9063(e,t,n){"use strict";n.d(t,{M:()=>p,R:()=>h});var r=n(132),u=n(2235),i=n(3078),o=n(9055),a=n(5293),s=n(6966),c=function(e){{null==e?void
0:e.length)&&Array.isArray(e)||(e=[video/mp4;codecs="avc1.4d400d,mp4a.40.2"]);var t=window.MediaSource;return!t&&!t.isTypeSupported&&e.every(function(e){return
t.isTypeSupported(e)})},l=function(e){return/hls/m3u8/.test(((null==e?void 0:e.type)||"").toLowerCase())||((null==e?void
0:e.file)||"").toLowerCase().indexOf(".m3u8")>-1},f=function(e){return/mpd|dash/.test(((null==e?void 0:e.type)||"").toLowerCase())||((null==e?void
0:e.file)||"").toLowerCase().indexOf("mpd-time-
csf")>-1},d={aac:"audio/mp4",mp4:"video/mp4",f4v:"video/mp4",m4v:"video/mp4",mov:"video/mp4",mp3:"audio/mpeg",mpeg:"audio/mpeg",ogv:"video/ogg",ogg:"video/
ogg",oga:"video/ogg",vorbis:"video/ogg",webm:"video/webm",f4a:"video/aac",m3u8:"application/vnd.apple.mpegurl",m3u:"application/vnd.apple.mpegurl",hls:"application
/vnd.apple.mpegurl"},h=function(e){if(!i.A||!i.A.canPlayType||!1===(0,r.X)(e))return!1;var t=e.file,n=e.type;if((0,u.isRtmp)(t,n))return!1;var o=e.mimeType||d[n];if(!o)return!1;var
a=e.mediaTypes;return(null==a?void 0:a.length)&&(o=[o].concat(a.slice()).join("; ")),!i.A.canPlayType(o)},p=[{name:"hlsjs",supports:function(e){if(e.drm||!l(e))return!1;var
t,n=!!(null===i.A||void 0===i.A||null==(t=i.A.canPlayType)?void 0:t.call(i.A,"application/vnd.apple.mpegURL")),r="boolean"==typeof(null==e?void
0:e.safarihlsjs)&&e.safarihlsjs;return(!o.OS.iPad||!o.Browser.chrome)&&(!n||!o.Browser.safari||!r)&&(!n||!o.OS.android||!1===e.androidhls||!1!
==e.hlsjsdefault)&&c(e.mediaTypes)}},{name:"html5",supports:function(e,t){var n=h(e);if(f(e))return!1;if(n&&e.drm&&l(e)){var r=(0,a.A)(t)("drm");if(r&&e.drm.fairplay){var
u,i=window.WebKitMediaKeys;return null==i||null==(u=i.isTypeSupported)?void 0:u.call(i,"com.apple.fps.1_0","video/mp4")}return r}return
n}},{name:"shaka",supports:function(e){return(!e.drm||!!(0,s.tG)(e.drm))&&c(e.mediaTypes)&&f(e)||l(e)}}]},9813(e,t,n){"use strict";n.d(t,{A:()=>c});var
r=n(9063),u=n(4066),i=n(8888),o=n(9083),a={html5:function(){return n.e("547").then(n.bind(n,1053)).then(function(e){var t=e.default;return(0,i.A)(t),t}).catch((0,o.Q5)
(152))},shaka:function(){return n.e("605").then(n.bind(n,9613)).then(function(e){var t=e.default;return(0,i.A)(t),t}).catch((0,o.Q5)(154))},hlsjs:function(){return
n.e("217").then(n.bind(n,1284)).then(function(e){var t=e.default;return(0,i.A)(t),t}).catch((0,o.Q5)(153))}},s=function(e)
{this.config=e||{}};Object.assign(s.prototype,{load:function(e){var t=a[e],n=function(){return Promise.reject(Error("Failed to load media"))};return t?t().then(function(){var
```

*Source: Fiddler Capture*

OTT, which stands for "Over The Top," is a technology that enables content providers to deliver video content across various devices using the internet. It is quickly gaining popularity as a viable alternative to traditional cable television programming.

*Source: ANSI/SCTE 35 2023r1*



**Figure 3 - Linear/ cDVR/ VoD Content Workflows and Delivery Chain**

*Source: ANSI/SCTE 214-4 2018*

| a. a computing system of the broadcaster configured to receive broadcast media content from facilities of the broadcaster; | The accused instrumentality discloses a computing system (e.g., servers, etc.) of the broadcaster (e.g., a content provider) configured to receive broadcast media content (e.g., video news, podcasts, etc.) from facilities of the broadcaster (e.g., a content provider).<br><br>As shown below, the accused instrumentality receives media content from broadcast facilities. |



https://www.businessinsider.com/how-conversion-therapy-actually-works-2026-2

| Content | Generic term for television material, either Advertisements or Programs. |
|---|---|
| Content Distributor | Typically an MVPD; also cited as "distributor". |
| Content Provider | Typically a network programmer; also cited as "programmer" or "provider". |

*Source: ANSI/SCTE 35 2023r1*



**Figure 3 - Linear/ cDVR/ VoD Content Workflows and Delivery Chain**

*Source: ANSI/SCTE 214-4 2018*

*Source: ANSI/SCTE 35 2023r1*



*Source: Fiddler Capture*

| b. the computing system of the broadcaster configured to stream the broadcast media content on the Internet to audience web pages; | The accused instrumentality discloses the computing system (e.g., servers, etc.) of the broadcaster (e.g., a content provider) configured to stream the broadcast media content (e.g., video news, podcasts, etc.) on the Internet to audience web pages (e.g., a web page of the accused instrumentality).<br><br>As shown below, the accused instrumentality utilizes servers, content delivery networks (CDNs), etc. that store, process, and distribute media files. When a user clicks "Next Up," the embedded media player on the webpage requests the video segments from streaming servers. The accused instrumentality streams the media content through the Internet to web pages (businessinsider.com). |



https://www.businessinsider.com/how-conversion-therapy-actually-works-2026-2



https://www.businessinsider.com/how-conversion-therapy-actually-works-2026-2

| Content | Generic term for television material, either Advertisements or Programs. |
|---|---|
| Content Distributor | Typically an MVPD; also cited as "distributor". |
| Content Provider | Typically a network programmer; also cited as "programmer" or "provider". |

Source: ANSI/SCTE 35 2023r1



**Figure 3 - Linear/ cDVR/ VoD Content Workflows and Delivery Chain**

*Source: ANSI/SCTE 35 2023r1*



*Source: Fiddler Capture*

| c. audience web pages presented to users by a web server of the broadcaster and configured to play the streamed broadcast media content; | The accused instrumentality discloses audience web pages (e.g., a web page of the accused instrumentality) presented to users (e.g., viewers) by a web server (e.g., an edge server) of the broadcaster (e.g., a content provider) and configured to play the streamed broadcast media content (e.g., video news, podcasts, etc.).<br><br>As shown below, the accused instrumentality utilizes servers, content delivery networks (CDNs), etc. that store, process, and distribute media files. When a user clicks "Next Up," the embedded media player on the webpage requests the video segments from streaming servers. The accused instrumentality streams the media content through the Internet to web pages (businessinsider.com). |

The web pages that viewers access on Business Insider's website, are delivered from Business Insider's edge servers that are located geographically closer to users to improve speed. These edge servers act as the web servers of the broadcaster (Business Insider) and are responsible for hosting and serving the HTML, JavaScript, and media player components that make up each video page.

## BUSINESS INSIDER

 Subscribe

Updated Aug 13, 2025, 8:55 PM GMT+5:30

↱ Share    🔖 Save

Business Insider is a leading global news brand renowned for its coverage of business, technology, and innovation, helping millions of readers get more out of their careers and lives through award-winning journalism.

https://www.businessinsider.com/about-us



# BUSINESS INSIDER

↗ Subscribe

Nov 3, 2025, 8:13 PM GMT+5:30

↗ Share    ⊓ Save

Today, Business Insider debuts Well Spent, a video podcast on the business, technology, and culture of consumerism. The vodcast is hosted by Business Insider senior correspondent Katie Notopoulos, who is known for her curiosity and deep expertise in tech, internet culture, and economics. In each episode, Notopoulos will explore complicated questions about something everyone loves talking about: buying stuff — what we buy, how we pay, and why we want it.

https://www.businessinsider.com/business-insider-launches-video-podcast-well-spent-2025-11

## All Videos

| All | Authorized Account | AI Architects | Big Business | Food Wars | Still Standing | Boot Camp | Movies Insider |

| So Expensive | How Real Is It? | Second to None | How Crime Works | True Cost | Food Tours | Big Batches | Risky Business |

| Insider Docs | Loadout | Decoded | Beauty or Bust | Refurbished | Deep Cleaned | Regional Eats | Explainers | News |

| World Wide Waste | CMO Insider | View From Above |

https://www.businessinsider.com/video

**Big Business**

An inside look at how companies solve logistical challenges at spectacular scale.



Inside the overnight scramble to prep an NFL stadium



Inside the fortune cookie factory supplying thousands of American Chinese restaurants



a media content

Inside the Dubai chocolate boom and the factories racing to keep up

https://www.businessinsider.com/video



https://www.businessinsider.com/how-conversion-therapy-actually-works-2026-2



*Source: Fiddler Capture*




*Source: Fiddler Capture*



*Source: Fiddler Capture*

OTT, which stands for "Over The Top," is a technology that enables content providers to deliver video content across various devices using the internet. It is quickly gaining popularity as a viable alternative to traditional cable television programming.

*Source: ANSI/SCTE 35 2023r1*



**Figure 3 - Linear/ cDVR/ VoD Content Workflows and Delivery Chain**

*Source: ANSI/SCTE 35 2023r1*



https://medium.com/@keshankucodeolima/content-delivery-network-cdn-things-you-want-to-know-3b428d0435a8

| | |
|---|---|
| | Content Delivery Network (CDN) lies the idea of edge servers and Points of Presence (Pop). Edge servers are strategically distributed across the globe to cache and serve content to users from locations closer to them, reducing the physical distance data must travel. A Pop is a network access point that houses one or more edge servers, strategically placed in high-demand or geographically significant areas to optimize content delivery. This decentralized architecture ensures that users, regardless of their location, experience faster load times and lower latency by accessing data from the nearest Pop rather than a central server located far away.<br><br><br><br>https://medium.com/@keshankucodeolima/content-delivery-network-cdn-things-you-want-to-know-3b428d0435a8 |
| d. the computing system of the broadcaster configured to receive a trigger message originated by a system of the | The accused instrumentality discloses the computing system (e.g., servers, etc.) of the broadcaster (e.g., a content provider) configured to receive a trigger message (e.g., SCTE-104 message) originated by a system of the broadcaster (e.g., an automation system of the broadcaster, etc.), and, in response to the trigger message (e.g., SCTE-104 message), to create a script command (e.g., SCTE-35 script commands, etc.) specifying a supplemental media stream (e.g., next video promo) and associated audience web page (e.g., a web page of the accused instrumentality) reconfiguration data (e.g., changed layout, etc.) to accommodate the supplemental media stream (e.g., next video promo, etc.). |

| | |
|---|---|
| broadcaster, and, in response to the trigger message, to create a script command specifying a supplemental media stream and associated audience web page reconfiguration data to accommodate the supplemental media stream;<br><br>**Col 12: lines 40-43**<br><br>*At the same time, to optimize the entire media player while a video or other replacement content, or additional content, is played or shown, other* | As shown below, the accused instrumentality utilizes servers, content delivery networks (CDNs), etc. that store, process, and distribute media files. When a user clicks "Next Up," the embedded media player on the webpage requests the video segments from streaming servers. The media streams through the Internet to web pages (businessinsider.com).<br>An automation system (e.g., a system of the broadcaster) is a broadcaster's control platform that manages and coordinates the timing of media playback and signaling events during streaming or broadcast operations. A SCTE-104 message (e.g., a trigger message) is generated by an automation system that controls the video signal before it is embedded into an MPEG stream. The SCTE-104 message carries metadata describing an upcoming media event, including identifiers, timing markers, etc.<br><br>When Business Insider's backend receives this SCTE-104 message, it converts it into an SCTE-35 cue message and signals that a specific action must occur at a defined point in time such as displaying a next video promo, etc. Based on the information inside the SCTE-35 cue, the backend creates a script command to be executed on the user's web interface. This script command defines what change must occur on the audience's web page, such as initiating a secondary video stream, modifying the video player area, etc. Once generated, the command is sent to the user's browser and executed by the web page software to play the video promo. |

| | |
|---|---|
| *display elements or regions can be resized, moved, hidden, shown, dimmed, highlighted.* | <br><br>https://www.businessinsider.com/video<br><br>As shown below, when the viewer watches a video, the automation system sends an SCTE-104 message (e.g., a trigger message) to server of the accused instrumentality to indicate that extra content needs to be shown at a specific time. The server converts the SCTE 104 message into an SCTE-35 cue message. When the viewer's web browser detects this SCTE-35 cue, it runs script commands associated with SCTE-35 message that updates the web page layout and starts playing the next video promo (e.g., a supplemental media stream) alongside the mainstream. |



https://www.businessinsider.com/how-conversion-therapy-actually-works-2026-2



https://www.businessinsider.com/how-conversion-therapy-actually-works-2026-2



*Source: Fiddler Capture*



*Source: Fiddler Capture*



*Source: Fiddler Capture*



*Source: Fiddler Capture*



*Source: Fiddler Capture*



Figure 5-1 – SCTE 35 Overall System Block Diagram with Bi-directional Data Communications

Source: ANSI/SCTE 104 2013

### 7.2.1    Addressing of Particular Items within a System

Two variables are provided in each of the messages to ensure the ability to uniquely identify the origination and the destination of messages. For a request for section insertion into an output TS, **AS_index** identifies the Automation System generating the request and the specific program component (**DPI_PID_index**) for which the resulting SCTE 35 [1] splice_info_section is intended. For responses, this indicates the specific Automation System (**AS_index**) for which the response is intended.

*Source: ANSI/SCTE 104 2013*

## 6. Introduction

### 6.1.  Splice points (Informative)

To enable the splicing of compressed bit streams, this standard defines Splice Points. Splice Points in an MPEG-2 transport stream provide opportunities to switch elementary streams from one source to another. They indicate a place to switch or a place in the bit stream where a switch can be made. Splicing at such Splice Points *may* or *may* not result in good visual and audio quality. That is determined by the performance of the splicing device.

*Source: ANSI/SCTE 35 2023r1*

The use of "advanced" video compression, such as documented by ITU-T H.264/ ISO/IEC 14496-10 ("AVC") or ITU-T H.265/ ISO/IEC 23008-2("HEVC") typically requires advance notice of Splice Points to permit the video encoder to create a spliceable point in the video elementary stream. In most systems this is provided by the use of [SCTE 104] to provide a communications path from the programmer's Automation System to their Compression System. These AVC and HEVC coding constraints for Splice Points are documented in [SCTE 172].

*Source: ANSI/SCTE 35 2023r1*

| Injector | A device or combination of devices within the DCS capable of converting SCTE 104 message data into a SCTE 35 [1] splice_info_section(), including a program-specific PCR splice time value, if necessary, and multiplexing the resulting section data along with the other program components into the eventual MPEG SPTS or MPTS. |

*Source: ANSI/SCTE 104 2013*

· An automation/playout system "decorates" the baseband video feed with markers that delimit the ads. These baseband markers are defined in SCTE-104.

· An encoder converts the baseband video into a compressed bit stream. The baseband markers are translated into compressed stream markers for transmission with the content. The compressed stream markers are defined in SCTE-35.

https://www.tvtechnology.com/opinions/scte10435-and-beyond-a-look-at-ad-insertion-in-an-ott-world

The Programmer Side is responsible for generating the compressed bit stream with the appropriate ad insertion markers. A general diagram is presented in Figure 1.



Figure 1: Programmer Side Workflow Diagram

https://www.tvtechnology.com/opinions/scte10435-and-beyond-a-look-at-ad-insertion-in-an-ott-world

As indicated in Figure 1, the SDI feed from the network goes into an inserter that will add the SCTE-104 markers in the VANC using SMPTE-2010.The inserter does this under the control of an automation/playout system.The interface between the automation system and the inserter is also defined by SCTE-104.The output of the inserter is an SDI signal "decorated" with the SCTE-104 markers.An encoder converts this SDI signal into a compressed bitstream; the SCTE-104 markers are translated into SCTE-35 sections in the bitstream.It is also possible to skip the inserter and have the automation system directly control the encoder (again using the SCTE-104 network interface protocols), but this is discouraged by the standards.

The final output of the programmer side is a transport stream with the compressed content, plus the SCTE-35 markers. This is the feed to the affiliates and is a good starting point for the OTT ad insertion workflow.

https://www.tvtechnology.com/opinions/scte10435-and-beyond-a-look-at-ad-insertion-in-an-ott-world



*Source: ANSI/SCTE 104 2023*

The source stream into the transcoder can contain two timing mechanisms. One is the SCTE 35 Time Descriptor element that originates from the content provider and is a wall clock time that is inserted at least once every five seconds using an SCTE 104 mechanism [14]. The transcoder can use this time descriptor as a basis for the wall-clock time to create the EBP time for each virtual segment in the stream or if not present it can create the wall-clock time from the transcoder device network time clock. This wall-clock information is then processed by the manifest creator and becomes a source for the period level start attribute and supplemental property UTC-time, and AdaptationSet level S@d and S@r attributes.

*Source: ANSI/SCTE 214-4 2018*

## 7.5.  DASH Representation Element

This section describes representation level related information for use in the CIF MPD. Representation elements determine the range of bitrates, resolution, and quality for the AdaptationSet contentType whether it is video or audio. These representations contained in the AadaptationSets are defined by content encoding profiles. Content encoding profiles are expected to be TBA-MVPD and defined by the provider.  A stream label is defined and assigned to each of the representation stream variants found in AdaptationSets.

*Source: ANSI/SCTE 214-4 2018*

When a Content Provider inserts non-program content into a Program, it typically falls into one of several categories.

a supplemental media stream

1) Promotional Items – These are clips that usually promote other programming by the programmer or may be public service announcements. In children's programming keeping these intact may be a regulatory matter and they are typically not replaced.

2) Barter ads – Some programmers purchase content from studios and the studio reserves the right to insert some advertising. As such, these ads are not usually replaceable.

*Source: ANSI/SCTE 35 2023r1*



*Source: ANSI/SCTE 35 2023r1*

Promos *should* be identified using Distributor Promo Start or Provider Promo Start. If a content provider does not support dedicated identification of Promos, these Segments can be signaled as Advertisements. The identifier *should* be an Ad-ID [Ad-ID] (segmentation_upid_type=0x03).

*Source: ANSI/SCTE 35 2023r1*

In those cases where a Provider chooses to provide supplemental information to a Distributor, the information *may* be passed in a segmentation_upid using a segmentation_upid_type of ADS Information (0x0E). An out of band mechanism *may* also be leveraged to provide supplemental information about a Placement Opportunity (See [SCTE 224]).

*Source: ANSI/SCTE 35 2023r1*

**APPENDIX D    SCTE 35 SIGNALING WORKFLOW**

ANSI/SCTE 35 (2017) [13] provides a robust stream signaling infrastructure. Reasons for signals include advertising opportunities, blackouts, program boundaries, chapter boundaries, and in-band channel identification. DASH packagers convert SCTE 35 stream signals information into periods, elements and attributes in the MPD.



**Figure 14 - SCTE 35 Signaling Workflow**

*Source: ANSI/SCTE 214-4 2018*

The SCTE workflow proceeds as follows (see Figure 14).

1. For each video service stream, including VoD, linear, and cDVR, the transcoder receives a single high-resolution video source and generates adaptive transport stream video with multiple profiles with different bitrates and resolutions. The source stream can contain SCTE 35 signals.

2. When the source video contains SCTE 35 signals at program, chapter, blackout, and advertising boundaries, the transcoder confirms each signal with a signal processor. The signal processor receives the signal to confirm and responds with stream conditioning instructions, which can instruct the transcoder to remove the signal, modify the signal, or place the signal in each output stream exactly as it appears in the source stream.

3. The CIF packager receives multiple streams from the transcoder, each with matching signals that were previously confirmed by the signal processor.

*Source: ANSI/SCTE 214-4 2018*

**Table 31 - Tag attributes**

| Attribute Name | Attribute Type | Required | Description |
|---|---|---|---|
| CUE | String | Required | The SCTE 35 binary message encoded in Base64 as defined in Section 7.4 of [RFC 4648] with W3C recommendations. |
| DURATION | Double | Optional | The duration of the signaled sequence defined by the CUE. The duration is expressed in seconds to millisecond accuracy. |
| ID | String | Optional | A unique value identifying the CUE. |

*Source: ANSI/SCTE 35 2023r1*

### 6.6.  Message flow (Informative)

The messages described in this document can originate from multiple sources. They are designed to be sent in-stream to downstream devices. The downstream devices *may* act on the messages or send them to a device that is not in-stream to act upon them. An example would be a splicer communicating via SCTE 30 protocol to an ad server (See [SCTE 30]). The in-stream devices could pass the messages to the next device in the transmission chain, or they could, optionally, drop the messages. Implementers are urged to make these decisions user provisioned, rather than arbitrarily hard-coded.

*Source: ANSI/SCTE 35 2023r1*

### 7.4.  Binary representation in XML

The content of a SpliceInfoSection (see Section 9.6) *may* be represented in XML as either a fully parsed structure or as a binary representation. This choice is provided in the XML Schema as a Signal group (Figure 6). The binary representation *shall* be Base64 encoded per [RFC 4648]. The Binary element *should* be assumed to contain a SpliceInfoSection unless explicitly indicated by the signalType attribute as something else. The signalType attribute is provided to allow some flexibility in how the XML Schema is used for binary representations. Whenever the value of signalType is not "SpliceInfoSection" it *shall* be prefixed with the text "private:"

*Source: ANSI/SCTE 35 2023r1*

### 9.6. Splice info section

The splice_info_section **shall** be carried in transport packets whereby only one section or partial section *may* be in any transport packet. Splice_info_sections **shall** always start at the beginning of a transport packet payload. When a section begins in a transport packet and this is the first packet of the splice_info_section, the pointer_field **shall** be present and equal to 0x00 and the payload_unit_start_indicator bit **shall** be equal to one (per the requirements of section syntax usage per [MPEG Systems]).

*Source: ANSI/SCTE 35 2023r1*

This standard specifies a technique for carrying notification of upcoming points and other timing information in the transport stream. A splice information table is defined for notifying downstream devices of splice events, such as a network Break or return from a network Break. For MPEG-2 transport streams, the splice information table, which pertains to a given program, is carried in one or more MPEG Sections carried in PID(s) referred to by that program's Program Map Table (PMT). In this way, splice event notification can pass through most transport stream remultiplexers without need for special processing. For MPEG-DASH, the splice information table is carried in the DASH MPD (See [SCTE 214-1]) or in media segments (see [SCTE 214-2] and [SCTE 214-3]). Section 12.2 details how SCTE 35 messages are carried in HLS manifests.

*Source: ANSI/SCTE 35 2023r1*

## 9.6.  Splice info section

The splice_info_section **shall** be carried in transport packets whereby only one section or partial section *may* be in any transport packet. Splice_info_sections **shall** always start at the beginning of a transport packet payload. When a section begins in a transport packet and this is the first packet of the splice_info_section, the pointer_field **shall** be present and equal to 0x00 and the payload_unit_start_indicator bit **shall** be equal to one (per the requirements of section syntax usage per [MPEG Systems]).

Source: ANSI/SCTE 35 2023r1

**Table 5 - splice_info_section()**

| Syntax | Bits | Mnemonic | Encrypted |
|---|---|---|---|
| splice_info_section() { | | | |
|     table_id | 8 | uimsbf | |
|     section_syntax_indicator | 1 | bslbf | |
|     private_indicator | 1 | bslbf | |
|     sap_type | 2 | bslbf | |
|     section_length | 12 | uimsbf | |
|     protocol_version | 8 | uimsbf | |
|     encrypted_packet | 1 | bslbf | |
|     encryption_algorithm | 6 | uimsbf | |
|     pts_adjustment | 33 | uimsbf | |
|     cw_index | 8 | uimsbf | |
|     tier | 12 | bslbf | |
|     splice_command_length | 12 | uimsbf | |
|     splice_command_type | 8 | uimsbf | E |
|     if(splice_command_type == 0x00) | | | |
|         splice_null() | | | E |
|     if(splice_command_type == 0x04) | | | |
|         splice_schedule() | | | E |
|     if(splice_command_type == 0x05) | | | |
|         splice_insert() | | | E |
|     if(splice_command_type == 0x06) | | | |
|         time_signal() | | | E |
|     if(splice_command_type == 0x07) | | | |
|         bandwidth_reservation() | | | E |
|     if(splice_command_type == 0xff) | | | |
|         private_command() | | | E |
|     descriptor_loop_length | 16 | uimsbf | E |
|     for(i=0; i<N1; i++) | | | |
|         splice_descriptor() | | | E |
|     for(i=0; i<N2; i++) | | | |
|         alignment_stuffing | 8 | bslbf | E |
|     if(encrypted_packet) | | | |
|         E_CRC_32 | 32 | rpchof | E |
|     CRC_32 | 32 | rpchof | |
| } | | | |

*Source: ANSI/SCTE 35 2023r1*

**Table 7 - splice_command_type values**

| Command | splice_command_type value | XML Element |
|---|---|---|
| splice_null | 0x00 | SpliceNull |
| Reserved | 0x01 | |
| Reserved | 0x02 | |
| Reserved | 0x03 | |
| splice_schedule | 0x04 | SpliceSchedule |
| splice_insert | 0x05 | SpliceInsert |
| time_signal | 0x06 | TimeSignal |
| bandwidth_reservation | 0x07 | BandwidthReservation |
| Reserved | 0x08 - 0xfe | |
| private_command | 0xff | PrivateCommand |

script commands

*Source: ANSI/SCTE 35 2023r1*

## 9.3. Time Signal Command

The time_signal() command is provided for extensibility by adding descriptors while preserving the precise timing allowed in the splice_insert() command. This is to allow for new features utilizing the timing capabilities of this specification while causing minimal impact to the splicing devices that conform to this specification.

A splice_insert() command typically instructs an encoder to condition the stream for a splice event. When a time_signal() command is used to signal splice events, it **shall** carry one or more segmentation descriptors() with additional information to determine what *may* need to be done to the stream. For example, a segmentation_descriptor() with a Provider Placement Opportunity or Program Start would likely indicate that the stream should be conditioned at the time indicated. There *may* also be out of band communications that can control the implementation for example [SCTE 224] and/or [SCTE 250].

| | |
|---|---|
| | *Source: ANSI/SCTE 35 2023r1*<br><br>A splice event indicates the opportunity to splice one or more elementary streams within a program. Each splice event is uniquely identified with an event id (splice_insert() splice_event_id, splice_schedule splice_event_id or time_signal() with segmentation_descriptor segmentation_event_id). See Section 9.9.3 for specific constraints on event id. Splice events *may* be communicated in three ways: they *may* be scheduled ahead of time, a pre-roll warning *may* be given, or a command *may* be given to execute the splice event at specified Splice Points. These three types of messages are sent via the splice_info_section. The splice_command_type field specifies the message being sent. Depending on the value of this field, different constraints apply to the remaining syntax.<br><br>*Source: ANSI/SCTE 35 2023r1* |
| e. the computing system of the broadcaster configured to send the script command to the audience web pages in association with the streamed broadcast media content; and, | The accused instrumentality discloses the computing system of the broadcaster (e.g., servers, etc.) configured to send the script command (e.g., SCTE-35 script commands, etc.) to the audience web pages (e.g., a webpage of the accused instrumentality) in association with the streamed broadcast media content (e.g., video news, podcasts, etc.).<br><br>As shown below, the accused instrumentality utilizes servers, content delivery networks (CDNs), etc. that store, process, and distribute media files. When a user clicks "Next Up," the embedded media player on the webpage requests the video segments from streaming servers. The accused instrumentality streams the media content through the Internet to web pages (businessinsider.com).<br><br>An automation system (e.g., a system of the broadcaster) is a broadcaster's control platform that manages and coordinates the timing of media playback and signaling events during streaming or broadcast operations. A SCTE-104 message (e.g., a trigger message) is generated by an automation system that controls the video signal before it is embedded into an MPEG stream. The SCTE-104 message carries metadata describing an upcoming media event, including identifiers, timing markers, etc. |

When Business Insider's backend receives this SCTE-104 message, it converts it into an SCTE-35 cue message and signals that a specific action must occur at a defined point in time such as displaying a next video promo, etc. Based on the information inside the SCTE-35 cue, the backend creates a script command to be executed on the user's web interface. This script command defines what change must occur on the audience's web page, such as initiating a secondary video stream, modifying the video player area, etc. Once generated, the command is sent to the user's browser and executed by the web page software to play the video promo.



https://www.businessinsider.com/video

As shown below, when the viewer watches a video, the automation system sends an SCTE-104

message (e.g., a trigger message) to server of the accused instrumentality to indicate that extra content needs to be shown at a specific time. The server converts the SCTE 104 message into an SCTE-35 cue message. When the viewer's web browser detects this SCTE-35 cue, it runs script commands associated with SCTE-35 message that updates the web page layout and starts playing the next video promo (e.g., a supplemental media stream) alongside the mainstream.



https://www.businessinsider.com/how-conversion-therapy-actually-works-2026-2



https://www.businessinsider.com/how-conversion-therapy-actually-works-2026-2



*Source: Fiddler Capture*



*Source: Fiddler Capture*



*Source: Fiddler Capture*



*Source: Fiddler Capture*



*Source: Fiddler Capture*

· An automation/playout system "decorates" the baseband video feed with markers that delimit the ads. These baseband markers are defined in SCTE-104.

· An encoder converts the baseband video into a compressed bit stream. The baseband markers are translated into compressed stream markers for transmission with the content. The compressed stream markers are defined in SCTE-35.

https://www.tvtechnology.com/opinions/scte10435-and-beyond-a-look-at-ad-insertion-in-an-ott-world



The Programmer Side is responsible for generating the compressed bit stream with the appropriate ad insertion markers. A general diagram is presented in Figure 1.

Figure 1: Programmer Side Workflow Diagram

https://www.tvtechnology.com/opinions/scte10435-and-beyond-a-look-at-ad-insertion-in-an-ott-world

As indicated in Figure 1, the SDI feed from the network goes into an inserter that will add the SCTE-104 markers in the VANC using SMPTE-2010.The inserter does this under the control of an automation/playout system.The interface between the automation system and the inserter is also defined by SCTE-104.The output of the inserter is an SDI signal "decorated" with the SCTE-104 markers.An encoder converts this SDI signal into a compressed bitstream; the SCTE-104 markers are translated into SCTE-35 sections in the bitstream.It is also possible to skip the inserter and have the automation system directly control the encoder (again using the SCTE-104 network interface protocols), but this is discouraged by the standards.

The final output of the programmer side is a transport stream with the compressed content, plus the SCTE-35 markers. This is the feed to the affiliates and is a good starting point for the OTT ad insertion workflow.

https://www.tvtechnology.com/opinions/scte10435-and-beyond-a-look-at-ad-insertion-in-an-ott-world



*Source: ANSI/SCTE 104 2023*

This standard specifies a technique for carrying notification of upcoming points and other timing information in the transport stream. A splice information table is defined for notifying downstream devices of splice events, such as a network Break or return from a network Break. For MPEG-2 transport streams, the splice information table, which pertains to a given program, is carried in one or more MPEG Sections carried in PID(s) referred to by that program's Program Map Table (PMT). In this way, splice event notification can pass through most transport stream remultiplexers without need for special processing. For MPEG-DASH, the splice information table is carried in the DASH MPD (See [SCTE 214-1]) or in media segments (see [SCTE 214-2] and [SCTE 214-3]). Section 12.2 details how SCTE 35 messages are carried in HLS manifests.

*Source: ANSI/SCTE 35 2023r1*

### 9.6. Splice info section

The splice_info_section **shall** be carried in transport packets whereby only one section or partial section *may* be in any transport packet. Splice_info_sections **shall** always start at the beginning of a transport packet payload. When a section begins in a transport packet and this is the first packet of the splice_info_section, the pointer_field **shall** be present and equal to 0x00 and the payload_unit_start_indicator bit **shall** be equal to one (per the requirements of section syntax usage per [MPEG Systems]).

*Source: ANSI/SCTE 35 2023r1*

**Table 5 - splice_info_section()**

| Syntax | Bits | Mnemonic | Encrypted |
|---|---|---|---|
| splice_info_section() { | | | |
|     table_id | 8 | uimsbf | |
|     section_syntax_indicator | 1 | bslbf | |
|     private_indicator | 1 | bslbf | |
|     sap_type | 2 | bslbf | |
|     section_length | 12 | uimsbf | |
|     protocol_version | 8 | uimsbf | |
|     encrypted_packet | 1 | bslbf | |
|     encryption_algorithm | 6 | uimsbf | |
|     pts_adjustment | 33 | uimsbf | |
|     cw_index | 8 | uimsbf | |
|     tier | 12 | bslbf | |
|     splice_command_length | 12 | uimsbf | |
|     splice_command_type | 8 | uimsbf | E |
|     if(splice_command_type == 0x00) | | | |
|         splice_null() | | | E |
|     if(splice_command_type == 0x04) | | | |
|         splice_schedule() | | | E |
|     if(splice_command_type == 0x05) | | | |
|         splice_insert() | | | E |
|     if(splice_command_type == 0x06) | | | |
|         time_signal() | | | E |
|     if(splice_command_type == 0x07) | | | |
|         bandwidth_reservation() | | | E |
|     if(splice_command_type == 0xff) | | | |
|         private_command() | | | E |
|     descriptor_loop_length | 16 | uimsbf | E |
|     for(i=0; i<N1; i++) | | | |
|         splice_descriptor() | | | E |
|     for(i=0; i<N2; i++) | | | |
|         alignment_stuffing | 8 | bslbf | E |
|     if(encrypted_packet) | | | |
|         E_CRC_32 | 32 | rpchof | E |
|     CRC_32 | 32 | rpchof | |
| } | | | |

*Source: ANSI/SCTE 35 2023r1*

**Table 7 - splice_command_type values**

| Command | splice_command_type value | XML Element |
|---|---|---|
| splice_null | 0x00 | SpliceNull |
| Reserved | 0x01 | |
| Reserved | 0x02 | |
| Reserved | 0x03 | |
| splice_schedule | 0x04 | SpliceSchedule |
| splice_insert | 0x05 | SpliceInsert |
| time_signal | 0x06 | TimeSignal |
| bandwidth_reservation | 0x07 | BandwidthReservation |
| Reserved | 0x08 - 0xfe | |
| private_command | 0xff | PrivateCommand |

script commands

Source: ANSI/SCTE 35 2023r1

## 9.3. Time Signal Command

The time_signal() command is provided for extensibility by adding descriptors while preserving the precise timing allowed in the splice_insert() command. This is to allow for new features utilizing the timing capabilities of this specification while causing minimal impact to the splicing devices that conform to this specification.

A splice_insert() command typically instructs an encoder to condition the stream for a splice event. When a time_signal() command is used to signal splice events, it **shall** carry one or more segmentation descriptors() with additional information to determine what *may* need to be done to the stream. For example, a segmentation_descriptor() with a Provider Placement Opportunity or Program Start would likely indicate that the stream should be conditioned at the time indicated. There *may* also be out of band communications that can control the implementation for example [SCTE 224] and/or [SCTE 250].

| | |
|---|---|
| | *Source: ANSI/SCTE 35 2023r1*<br><br>A splice event indicates the opportunity to splice one or more elementary streams within a program. Each splice event is uniquely identified with an event id (splice_insert() splice_event_id, splice_schedule splice_event_id or time_signal() with segmentation_descriptor segmentation_event_id). See Section 9.9.3 for specific constraints on event id. Splice events *may* be communicated in three ways: they *may* be scheduled ahead of time, a pre-roll warning *may* be given, or a command *may* be given to execute the splice event at specified Splice Points. These three types of messages are sent via the splice_info_section. The splice_command_type field specifies the message being sent. Depending on the value of this field, different constraints apply to the remaining syntax.<br><br>*Source: ANSI/SCTE 35 2023r1* |
| f. software of the audience web pages configured to receive the script command and to execute the instructions of the script command to reconfigure the layout of the audience web page for presentation of the supplemental media stream, and to access and | The accused instrumentality discloses software (e.g., embedded media player, etc.) of the audience web pages (e.g., a web page of the accused instrumentality) configured to receive the script command (e.g., SCTE-35 script commands, etc.) and to execute the instructions of the script command (e.g., SCTE-35 script commands, etc.) to reconfigure the layout (e.g., modifying the video player area, etc.) of the audience web page pages (e.g., a web page of the accused instrumentality) for presentation of the supplemental media stream (e.g., next video promo), and to access and play the supplemental media stream (e.g., next video promo).<br><br>As shown below, the accused instrumentality utilizes servers, content delivery networks (CDNs), etc. that store, process, and distribute media files. When a user clicks "Next Up," the embedded media player on the webpage requests the video segments from streaming servers. The accused instrumentality streams the media content through the Internet to web pages (businessinsider.com).<br><br>An automation system (e.g., a system of the broadcaster) is a broadcaster's control platform that manages and coordinates the timing of media playback and signaling events during streaming or broadcast operations. A SCTE-104 message (e.g., a trigger message) is generated |

| | |
|---|---|
| play the supplemental media stream.<br><br>**Col 12: lines 40-43**<br><br>*At the same time, to optimize the entire media player while a video or other replacement content, or additional content, is played or shown, other display elements or regions can be resized, moved, hidden, shown, dimmed, highlighted.* | by an automation system that controls the video signal before it is embedded into an MPEG stream. The SCTE-104 message carries metadata describing an upcoming media event, including identifiers, timing markers, etc.<br><br>When Business Insider's backend receives this SCTE-104 message, it converts it into an SCTE-35 cue message and signals that a specific action must occur at a defined point in time such as displaying a next video promo, etc. Based on the information inside the SCTE-35 cue, the backend creates a script command to be executed on the user's web interface. This script command defines what change must occur on the audience's web page, such as initiating a secondary video stream, modifying the video player area, etc. Once generated, the command is sent to the user's browser and executed by the web page software to play the video promo.<br><br> |

https://www.businessinsider.com/video

As shown below, when the viewer watches a video, the automation system sends an SCTE-104 message (e.g., a trigger message) to server of the accused instrumentality to indicate that extra content needs to be shown at a specific time. The server converts the SCTE 104 message into an SCTE-35 cue message. When the viewer's web browser detects this SCTE-35 cue, it runs script commands associated with SCTE-35 message that updates the web page layout and starts playing the next video promo (e.g., a supplemental media stream) alongside the mainstream.



https://www.businessinsider.com/how-conversion-therapy-actually-works-2026-2



https://www.businessinsider.com/how-conversion-therapy-actually-works-2026-2



*Source: Fiddler Capture*



*Source: Fiddler Capture*



*Source: Fiddler Capture*



*Source: Fiddler Capture*



*Source: Fiddler Capture*

· An automation/playout system "decorates" the baseband video feed with markers that delimit the ads. These baseband markers are defined in SCTE-104.

· An encoder converts the baseband video into a compressed bit stream. The baseband markers are translated into compressed stream markers for transmission with the content. The compressed stream markers are defined in SCTE-35.

https://www.tvtechnology.com/opinions/scte10435-and-beyond-a-look-at-ad-insertion-in-an-ott-world



The Programmer Side is responsible for generating the compressed bit stream with the appropriate ad insertion markers. A general diagram is presented in Figure 1.

Figure 1: Programmer Side Workflow Diagram

https://www.tvtechnology.com/opinions/scte10435-and-beyond-a-look-at-ad-insertion-in-an-ott-world

As indicated in Figure 1, the SDI feed from the network goes into an inserter that will add the SCTE-104 markers in the VANC using SMPTE-2010. The inserter does this under the control of an automation/playout system. The interface between the automation system and the inserter is also defined by SCTE-104. The output of the inserter is an SDI signal "decorated" with the SCTE-104 markers. An encoder converts this SDI signal into a compressed bitstream; the SCTE-104 markers are translated into SCTE-35 sections in the bitstream. It is also possible to skip the inserter and have the automation system directly control the encoder (again using the SCTE-104 network interface protocols), but this is discouraged by the standards.

The final output of the programmer side is a transport stream with the compressed content, plus the SCTE-35 markers. This is the feed to the affiliates and is a good starting point for the OTT ad insertion workflow.

https://www.tvtechnology.com/opinions/scte10435-and-beyond-a-look-at-ad-insertion-in-an-ott-world



*Source: ANSI/SCTE 104 2023*

The source stream into the transcoder can contain two timing mechanisms. One is the SCTE 35 Time Descriptor element that originates from the content provider and is a wall clock time that is inserted at least once every five seconds using an SCTE 104 mechanism [14]. The transcoder can use this time descriptor as a basis for the wall-clock time to create the EBP time for each virtual segment in the stream or if not present it can create the wall-clock time from the transcoder device network time clock. This wall-clock information is then processed by the manifest creator and becomes a source for the period level start attribute and supplemental property UTC-time, and AdaptationSet level S@d and S@r attributes.

*Source: ANSI/SCTE 214-4 2018*

## 7.5.  DASH Representation Element

This section describes representation level related information for use in the CIF MPD. Representation elements determine the range of bitrates, resolution, and quality for the AdaptationSet contentType whether it is video or audio. These representations contained in the AadaptationSets are defined by content encoding profiles. Content encoding profiles are expected to be TBA-MVPD and defined by the provider.  A stream label is defined and assigned to each of the representation stream variants found in AdaptationSets.

*Source: ANSI/SCTE 214-4 2018*

When a Content Provider inserts non-program content into a Program, it typically falls into one of several categories.

a supplemental media stream

1) Promotional Items – These are clips that usually promote other programming by the programmer or may be public service announcements. In children's programming keeping these intact may be a regulatory matter and they are typically not replaced.

2) Barter ads – Some programmers purchase content from studios and the studio reserves the right to insert some advertising. As such, these ads are not usually replaceable.

*Source: ANSI/SCTE 35 2023r1*



*Source: ANSI/SCTE 35 2023r1*

Promos *should* be identified using Distributor Promo Start or Provider Promo Start. If a content provider does not support dedicated identification of Promos, these Segments can be signaled as Advertisements. The identifier *should* be an Ad-ID [Ad-ID] (segmentation_upid_type=0x03).

*Source: ANSI/SCTE 35 2023r1*

**APPENDIX D**    **SCTE 35 SIGNALING WORKFLOW**

ANSI/SCTE 35 (2017) [13] provides a robust stream signaling infrastructure. Reasons for signals include advertising opportunities, blackouts, program boundaries, chapter boundaries, and in-band channel identification. DASH packagers convert SCTE 35 stream signals information into periods, elements and attributes in the MPD.



**Figure 14 - SCTE 35 Signaling Workflow**

*Source: ANSI/SCTE 214-4 2018*